Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 19 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD WALTER HANNES<br><br>Defendant. | 2:22-CR-85-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 1343<br>Wire Fraud<br>(Counts 1-8)<br><br>18 U.S.C. § 1341<br>Mail Fraud<br>(Count 9)<br><br>15 U.S.C. §§ 80b-6, 80b-17<br>Investment Advisor Fraud<br>(Count 10)<br><br>Forfeiture Allegations:<br>18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) |

The Grand Jury Charges:

At all times relevant and material to this Indictment:

1.      Defendant, RONALD WALTER HANNES (HANNES), was a resident of Spokane, Washington.

INDICTMENT – 1

2. HANNES was an "investment advisor" within the meaning of 15 U.S.C. § 80b-2(a)(11). HANNES became a licensed investment advisor through the Financial Industry Regulatory Authority (FINRA) on or about January 31, 1994. HANNES was permanently barred from performing investment and broker services on or about February 13, 2020.

3. Hannes Financial Services, Inc., located in Spokane, Washington, within the Eastern District of Washington, was a State of Washington licensed corporation that was owned and operated by HANNES as the principal governor. State of Washington Department of Revenue records indicate that Hannes Financial Services, Inc. was registered as a corporation with the State of Washington, on June 14, 1995. Woodbury Financial Services, Inc. is a joint dealer/broker investment advisory firm located in Minnesota. HANNES, through Hannes Financial Services, Inc. was an authorized investment advisor through Woodbury Financial Services, Inc. to facilitate the investment of client funds.

4. Hannes Financial Services, Inc. maintained the following checking accounts:

 a. First Interstate Bank, d/b/a Inland Northwest Bank, Account Number x0234; and

 b. State Bank Northwest account number x8006.

5. First Interstate Bank, d/b/a Inland Northwest Bank, is a Federal Deposit Insurance Corporation ("FDIC") insured bank headquartered in Billings, Montana. When a customer engages in a deposit, either in-person or digitally, a wire communication is sent from the location of the deposit to First Interstate Bank servers located in West Des Moines, Iowa.

## SCHEME AND ARTIFICE

6. Paragraphs 1 through 5 of this Indictment are re-alleged and fully incorporated herein by reference.

INDICTMENT – 2

7. Beginning on a date unknown to the Grand Jury, but by on or about August 16, 2018, and continuing through on or about November 27, 2019, in the Eastern District of Washington, and elsewhere, the Defendant, RONALD WALTER HANNES, devised and intended to devise a scheme to defraud J.C., J.G., M.H., C.B., R.G., P.M. and P.M., C.D., S.D., and other investors, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

8. The object of the scheme and artifice to defraud was for the Defendant to enrich himself by defrauding investors through soliciting and collecting payments for a fraudulent bond investment scheme. Specifically, HANNES fraudulently obtained funds from victim investors by falsely representing that the funds would be invested for the victims' benefit into high-yield bonds, when in fact he intended to convert the funds to his own personal use.

## MANNER AND MEANS

9. Paragraphs 1 through 8 of this Indictment are re-alleged and fully incorporated herein by reference.

10. It was part of the scheme that:
   a. HANNES identified at least twenty-one investors and invited them to invest money in bond investments. HANNES described the bonds as short-term, high-yield bonds.
   b. HANNES contacted and met with each investor in person, through electronic communications, or by telephone.
   c. Investors, at the direction of HANNES, wrote checks made payable to various entities, including but not limited to, Hannes Financial Services, Inc., American Express, and Chase Card Services.

INDICTMENT - 3

    d. HANNES requested investors provide him checks through electronic checks, mail, or in-person delivery.

    e. To further his fraudulent scheme and encourage investment, HANNES would solicit funds from victim investors by making false and fraudulent statements that the money provided would be invested in various bond investment portfolios.

    f. To further his fraudulent scheme, HANNES would encourage victim investors to re-invest in the fraudulent bond schemes by showing the victim investors false investment summaries and reports. HANNES further encouraged some investors to roll-over their investments to continue the bond fraud. Occasionally when investors did not want to re-invest, HANNES would provide them cash out checks.

    g. Upon obtaining funds from investors, HANNES did not invest the funds into any bonds but used the funds for his own personal benefit.

## COUNTS 1-8

11. Paragraphs 1 through 10 of this Indictment are re-alleged and fully incorporated herein by reference.

12. On or about each of the dates set forth below, in the Eastern District of Washington and elsewhere, the Defendant, RONALD WALTER HANNES, for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

INDICTMENT – 4

| Count | Deposit Date | Description |
|---|---|---|
| 1 | 9/4/2018 | Check #2290, dated 8/29/2018, in the amount of $4,137.34, authorized on the account of J.C., paid to the order of Hannes Financial Services, Inc. and deposited into First Interstate Bank Account ending 0234 resulting in an interstate wire communication from Washington to Iowa. |
| 2 | 9/17/2018 | Check #1278, dated 9/13/2018, in the amount of $9,837.00, authorized on the account of J.G., paid to the order of Hannes Financial Services, Inc. and deposited into First Interstate Bank Account ending 0234 resulting in an interstate wire communication from Washington to Iowa. |
| 3 | 10/1/2018 | Check #8279, dated 10/1/2018, in the amount of $8,169.30, authorized on the account of C.B., paid to the order of Hannes Financial Services, Inc., and deposited into First Interstate Bank Account ending 0234 resulting in an interstate wire communication from Washington to Iowa. |
| 4 | 1/17/2019 | Check #8565, dated 1/16/2019, in the amount of $9,947.40, authorized on the account of P.M. and P.M., paid to the order of Hannes Financial Services, Inc. and deposited into First Interstate Bank Account ending 0234 resulting in an interstate wire communication from Washington to Iowa. |

INDICTMENT – 5

| | | |
|---|---|---|
| 5 | 3/13/2019 | Check #5240, dated 3/8/2019, in the amount of $8,802.68, authorized on the account of R.G., paid to the order of Hannes Financial Services, Inc. and deposited into First Interstate Bank Account ending 0234 resulting in an interstate wire communication from Washington to Iowa. |
| 6 | 6/13/2019 | Check # 9296, dated 6/11/2019, in the amount of $17,837.50, authorized on the account of S.D., paid to the order of Hannes Financial Services, Inc. and deposited into First Interstate Bank Account ending 0234 resulting in an interstate wire communication from Washington to Iowa. |
| 7 | 9/19/2019 | Check #2064, dated 9/18/2019, in the amount of $9,112.50, authorized on the account of M.H., paid to the order of Hannes Financial Services, Inc. and deposited into First Interstate Bank Account ending 0234 resulting in an interstate wire communication from Washington to Iowa. |
| 8 | 10/21/2019 | Check #1677, dated 10/18/2019, in the amount of $5,179.47, authorized on the account of C.D., paid to the order of Hannes Financial Services, Inc. and deposited into First Interstate Bank Account ending 0234 resulting in an interstate wire communication from Washington to Iowa. |

All in violation of 18 U.S.C. § 1343.

INDICTMENT – 6

## COUNT 9

13. Paragraphs 1 through 12 of this Indictment are re-alleged and fully incorporated herein by reference.

14. Between on or about August 2, 2017 and on or about October 18, 2019, the Defendant, RONALD WALTER HANNES, for the purpose of executing the aforesaid scheme and artifice to defraud, and in attempting to do so, did knowingly place or caused to be placed in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, according to the direction thereon, an envelope containing mail matter, that is, the following check: Check #6490, dated 6/5/2019, in the amount of $4,081.74, authorized on the account of E.M., paid to Hannes Financial Services, Inc., mailed from the State of Arizona, which envelope was addressed to the Defendant, RONALD WALTER HANNES, d/b/a Hannes Financial Services Inc., located in Spokane, Washington, all in violation of 18 U.S.C. § 1341.

## COUNT 10

15. Paragraphs 1 through 14 of this Indictment are re-alleged and fully incorporated herein by reference.

16. Beginning on a date unknown to the Grand Jury, but by on or about July 19, 2017, and continuing through on or about November 27, 2019, in the Eastern District of Washington, and elsewhere, the Defendant, RONALD WALTER HANNES, unlawfully, willfully, and knowingly, by the use of the mails and means and instrumentalities of interstate commerce, directly and indirectly, did: (a) employ devices, schemes and artifices to defraud clients and prospective clients; (b) engage in transactions, practices, and courses of business which operated as a fraud and deceit upon clients and prospective clients; and (c) engage in acts, practices, and courses of business that were fraudulent, deceptive and manipulative, all in violation of 15 U.S.C. §§ 80b-6 and 80b-17.

INDICTMENT – 7

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 1343, Wire Fraud, as set forth in Counts 1 – 8 of this Indictment; and/or in violation of 18 U.S.C. § 1341, Mail Fraud, as set forth in Count 9 of this Indictment, Defendant, RONALD WALTER HANNES, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s). The property sought for forfeiture includes, but is not limited to, the following:

### MONEY JUDGMENTS

Wire Fraud – Counts 1 – 8

A sum of money of at least $73,023.19 in United States currency, representing the amount of proceeds obtained from the wire fraud violations.

Mail Fraud – Count 9

A sum of money of at least $4,081.74 in United States currency, representing the amount of proceeds obtained from the mail fraud violations.

If any of the property described above, as the result of any act or omission of the Defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

INDICTMENT – 8

(e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). All pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C § 2461(c).

DATED this 15th day of July, 2022.



*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Patrick J. Cashman*
Patrick J. Cashman
Assistant U.S. Attorney

INDICTMENT – 9