Case 2:22-cr-00085-TOR    ECF No. 3    filed 07/19/22    PageID.11    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2022
SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Ronald Walter Hannes    **CASE NO.** 2:22-CR-85-TOR-1

TOTAL # OF COUNTS: 10    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1-8 | 18 U.S.C. § 1343 | Wire Fraud | CAG not more than 20 years; a fine not exceed $250,000 or not more than the greater of twice the gross gain or twice the gross loss; Not more than 3 years supervised release; a $100 special penalty assessment; and restitution |
| 9 | 18 U.S.C. § 1341 | Mail Fraud | CAG not more than 20 years; a fine not exceed $250,000 or not more than the greater of twice the gross gain or twice the gross loss; Not more than 3 years supervised release; a $100 special penalty assessment; and restitution |
| 10 | 15 U.S.C. § 80b-6, 80b-17 | Investment Advisor Fraud | CAG not more than 5 years; a fine not exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment. |
|  | 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) | Forfeiture Allegations |  |