UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD WALTER HANNES,<br><br>　　　　　　　　　　　Defendant. | Case No.   2:22-CR-0085-TOR<br><br>CRIMINAL MINUTES<br><br>DATE:   7/18/2023<br><br>LOCATION:   Spokane 902<br><br>CHANGE OF PLEA HEARING |

**JUDGE THOMAS O. RICE**

| Bridgette Fortenberry | N/A | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Frieda K. Zimmerman *for* Patrick J. Cashman | | Phillip J. Wetzel | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] Open Court　　　　　　　　　　　　　　　　　[ ] US Probation Officer: N/A

Defendant present not in custody and assisted by counsel.

No preliminary statement by either party.

Oath administered to Defendant for change of plea.  Defendant confirmed his name as reflected on the plea agreement.

The Court advised Defendant of rights given up by entering a guilty plea including the right to a jury trial and certain appeal rights. The Court confirmed Defendant's understanding of the elements and facts required to be proven to obtain a conviction and the maximum penalties.

Defendant pleaded guilty pursuant to Rule 11 to Count 10 of the Indictment. The Court accepted his plea as knowing and voluntarily and found Defendant fully competent and aware of the charges against him and the consequences of the plea.  The Court reserved ruling on the binding nature of the plea agreement until the time of sentencing.

The Court ordered a Presentence Investigation Report and set sentencing for **10/18/2023 at 11:30 a.m.**

All pending motions denied as moot.

Page 2　　　　　　　　*USA v. Hannes*　　　　　　2:22-CR-0085-TOR　　　　　　Change of Plea Hrg

Ms. Zimmerman advised the Court the government anticipates several victim impact statements being presented at sentencing.

Defendant released on previously imposed conditions pending sentencing.

| CONVENED: 12:00 PM | ADJOURNED: 12:14 PM | TIME: 14 MINS | ORDER FORTHCOMING [X] |